*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
STEPHENS, DEERWESTER, and BURGTORF
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Bradley J. CRAGER**
Operations Specialist Second Class (E-5), U.S. Navy
*Appellant*

**No. 202200039**

Decided: 29 June 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Ryan Stormer

Sentence adjudged 9 November 2021 by a general court-martial con-
vened at Naval Base, San Diego, California, consisting of a military
judge sitting alone. Sentence in the Entry of Judgment: reduction to
E-1, confinement for 23 months, and a bad conduct discharge.

For Appellant:
*Lieutenant Daniel E. Grunert, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

KYLE D. MEEDER
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.